CHAUNCEY I. MCCOY et al., as Administrators of the
Estate of DANIEL B. MCCOY, Deceased, Respondents,
*v.* GAS ENGINE AND POWER COMPANY and CHARLES L.
SEABURY AND COMPANY, CONSOLIDATED, Respondent,
and JOSEPH A. FLANNERY, Appellant.

*McCoy* v. *Gas Engine & Power Co.*, 152 App. Div. 642, affirmed.
(Argued May 15, 1913; decided June 3, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered November 19, 1912, modifying and affirming as
modified a judgment of Special Term declaring illegal,

as violating section 74 of the Code of Civil Procedure, a contract between attorney and client for legal services and fixing the amount of the attorney's lien.

*Benjamin Trapnell* for appellant.

*John F. Brennan* and *John J. Crennan* for defendant, respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.